# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

April 27, 2023

MEMO ENDORSED

VIA ECF  
Hon. Colleen McMahon  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007

Re: Juarez Leon et al v. Kastriot Inc. et al.  
Docket No.: 1:23-cv-01186-CM

Dear Judge McMahon:

Our office represents Plaintiff in the above-referenced matter.

I write to respectfully request an adjournment *sine die* of the initial conference scheduled for May 4, 2023, as a result of Defendants failure to appear or otherwise move despite having been served with process.

Accordingly, Plaintiff respectfully requests to move for default judgment by June 6, 2023.

We thank you for your time and consideration to this matter.

Respectfully Submitted,

/s/ Bryan D. Robinson  
Bryan D. Robinson, Esq.

*[Endorsement: OK — Colleen McMahon 4/27/2023]*

*[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 4/27/2023]*

*Certified as a minority-owned business in the State of New York*