**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

VICENTE JUAREZ LEON. *individually and on behalf of others similarly situated,*

Civil Action No. **23-cv-01186**

*Plaintiff,*

-against-

[~~Proposed Form Of~~]
**JUDGMENT**

KASTRIOT INC. (D/B/A GIOVANNI'S PIZZA). and
KASTRIOT RAPAJ (A/K/A CHRIS),

*Defendants.*
-------------------------------------------------------------------X

## JUDGMENT

On May 9, 2024 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff. VICENTE JUAREZ LEON. have judgment against KASTRIOT INC. (D.B.A GIOVANNI'S PIZZA). and KASTRIOT RAPAJ (A/K/A CHRIS), jointly and severally, in the amount of Twenty-Two Thousand Five Hundred Dollars and No Cents ($22,500.00), which is inclusive of attorneys' fees and costs.

Dated: May 28, 2024

COLLLEN MCMAHON
UNITED STATES DISTRICT JUDGE